**2007–1028. Gotel v. Gansheimer.**
Ashtabula App. No. 2006–A–0087, 2007-Ohio-2311. On motion for stay of court of appeals' judgment. Motion denied.

**2007–1030. Valente v. Johnson.**
Athens App. Nos. 06CA31 and 06CA38, 2007-Ohio-2664. On motion for stay of court of appeals' judgment. Motion denied.

**2007–1045. State v. Vang.**
Summit App. No. 23206, 2007-Ohio-46. On motion for leave to file delayed appeal. Motion denied. Motion for copy of the record of trial proceedings denied as moot.

MOYER, C.J., PFEIFER and CUPP, JJ., dissent.

**2007–1050. State v. Ochoa.**
Lorain App. No. 07CA009114. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2007–1056. State v. Davis.**
Washington App. No. 06CA39, 2007-Ohio-1281. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL and CUPP, JJ., dissent.

**2007–1112. Jonovich v. E. Cleveland.**
Cuyahoga App. No. 88272, 2007-Ohio-1984. On motion for stay of order requiring the mayor of East Cleveland to immediately appoint a fire chief or acting fire chief. Motion denied.

LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., dissent.

**2007–1149. Wynn v. Gilbert.**
Hamilton App. No. C–060457, 2007-Ohio-2798. On motion for immediate stay of execution of court of appeals' judgment. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2007–1173. State v. Warner.**
Portage App. No. 2006–P–0048, 2007-Ohio-3016. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2007–0509. State v. Broyles.**
Stark App. 2006CA00170, 2007-Ohio-487. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

LANZINGER, J., dissents.

**2007–0516. Hembree v. Mendenhall.**
Butler App. No. CA2006–06–129, 2007-Ohio-459. Discretionary appeal accepted; cause held for the decision in 2006–0952, *Vitantonio, Inc. v. Baxter,* Lake App. No. 2005–L–004, 2006-Ohio-1685; and briefing schedule stayed.

PFEIFER, J., dissents.

**2007–0519. State v. Blackburn.**
Ashtabula App. No. 2006–A–0029, 2007-Ohio-1071.

PFEIFER, O'CONNOR and CUPP, JJ., dissent.